# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 30, 2026

Lyle W. Cayce
Clerk

————————

No. 25-40761
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TRAVIS HUNTER BLANK,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:11-CR-67-1

———————————————————————

Before HAYNES, GRAVES, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Travis Hunter Blank, former federal prisoner, is serving a life term of supervised release following convictions for transportation and possession of child pornography. He now appeals from the district court's denial of his motion for early termination of supervised release pursuant to 18 U.S.C.

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40761

§ 3583(e)(1).   The Government has filed a motion to dismiss and for summary affirmance or, alternatively, for an extension of time to file a brief.

In its motion to dismiss, the Government correctly asserts that Blank's notice of appeal was untimely. *See* FED. R. APP. P. 4(b)(1). Our "duty to dismiss the appeal [is] mandatory" when a party properly seeks to enforce the time limit. *Eberhart v. United States*, 546 U.S. 12, 18 (2005).

Accordingly, the appeal is DISMISSED, the Government's motion to dismiss is GRANTED, and the Government's remaining motions are DENIED.